for appellant. A. Levy, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 155 App. Div. 202, 139 N. Y. Supp. 1055.

GAINES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by David H. Gaines against the City of New York. No opinion. Motion granted. Order filed. See, also, 156 App. Div. 789, 142 N. Y. Supp. 401.

GAYLEY, Respondent, v. HEALY BOX CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Henry B. Gayley against the Healy Box Company, Limited. G. S. Franklin, of New York City, for appellant. H. B. Gayley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEHL, Respondent, v. BACHMANN–BECHTEL BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Frances Gehl against the Bachmann-Bechtel Brewing Company and another. No opinion. Order modified, so as to allow trial fee and witness fees to defendants, and, as so modified, affirmed, without costs.

GERMAN SAVINGS BANK IN CITY OF NEW YORK v. WAGNER. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the German Savings Bank in the City of New York against Philip Wagner, as committee, etc. No opinion. Motion denied. Order filed.

GLEASON, Appellant, v. KEENAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Fred Gleason against John L. Keenan. No opinion. Judgment affirmed, with costs.

GODESKY, Appellant, v. CUFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Frank Godesky against Elizabeth A. Cuff and others.

PER CURIAM. Order modified, by striking out the conditions therein imposed as to acceptance of a notice of appeal from defendants, and the furnishing of a copy of the minutes of the trial, and by further extending the time to serve a proposed case on appeal 20 days from the date of the entry of the order on this decision, and, as so modified, affirmed, with $10 costs and disbursements to the appellant. Motion to dismiss appeal from order denied, without costs. Motion to dismiss appeal from judgment denied, without costs.

STAPLETON, J., not voting.

GOEPEL v. KURTZ ACTION CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Fannie J. Goepel against the Kurtz Action Company. No opinion. Motion granted, with $10 costs. Order filed.

GOLDBERG v. SHAPIRO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Benjamin Goldberg against Benjamin Shapiro. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 1016.

GOLDOWITZ v. ROBERT GAIR CO. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Isaac Goldowitz against the Robert Gair Company. No opinion. Motion denied, without costs.

GOLDSTEIN, Appellant, v. GALLINGER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Eliza Goldstein against Sarah E. Gallinger and others. R. G. Mackay, of Brooklyn, for appellant. E. S. Seidman, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 N. Y. Supp. 1119.

GOLDSTEIN v. GALLINGER et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Eliza Goldstein against Sarah E. Gallinger and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1119.

GRANT v. CAREY et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Ethel Carey Grant, an infant, etc., against Henry D. Carey and others, individually and as administrators, etc., and another. No opinion. Judgment affirmed, without costs.

GRATENSTEIN v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Kalman Gratenstein against the Interboro Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.

In re GRAY. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of William C. Gray. No opinion. Motion denied. Order filed.

In re GRAY. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) In the matter of Mary M. Gray, an alleged incompetent. No opinion. Motion for stay pending appeal denied, without costs.

In re GREANEY. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) In the matter of the judicial settlement of the account of Joseph S. Greaney, as executor, etc., of John F. Greaney, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

o